# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

August 07, 2014

Mr. Morris H. Moon
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
2109 Decatur Street
Houston, TX 77007

Mr. Karl Schwartz
FEDERAL PUBLIC DEFENDER'S OFFICE
Capital Habeas Unit
Suite 200
800 King Street
Wilmington, DE 19801

RE: 14-2853 United States v. Daniel Lee

Dear Counsel:

The district court has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court. Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

An order appointing your office to represent appellant will be forwarded under separate Notice of Docket Activity.

The court will establish an appeal briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please review the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Useful information about briefing and the record on appeal can be found at these links:

media.ca8.uscourts.gov/newcoa/notes/redactgov-ever.pdf
media.ca8.uscourts.gov/newcoa/forms/brchk.pdf
media.ca8.uscourts.gov/newcoa/forms/record.pdf

If a transcript will be required for the appeal, you should immediately contact the official court reporter and complete CJA Form 24. The form is available as part of the CJA forms referenced above.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to meet the briefing deadlines will result in the issuance of an order to show cause and may lead to dismissal of the appeal, as well as the initiation of disciplinary proceedings. Requests for extensions of time must be filed on a timely basis and should establish good cause. Overlength briefs are strongly discouraged. Permission to file an overlength brief must be sought 7 days in advance of the due date. See Eighth Circuit Rule 28A(h).

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.


Michael E. Gans
Clerk of Court


JMH

Enclosures

cc:     Mr. Daniel Lewis Lee
        Ms. Linda B. Lipe
        Mr. Jim McCormack
        Mr. John Michael Pellettieri

        District Court Case Number:   4:06-cv-01608-GTE

**Caption For Case Number: 14-2853**

United States of America

      Plaintiff - Appellee

v.

Daniel Lewis Lee, also known as Daniel Lewis Graham, also known as Danny Lee, also known as D L Graham

      Defendant - Appellant

**Addresses For Case Participants:   14-2853**


Mr. Morris H. Moon
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
2109 Decatur Street
Houston, TX  77007

Mr. Karl Schwartz
FEDERAL PUBLIC DEFENDER'S OFFICE
Capital Habeas Unit
Suite 200
800 King Street
Wilmington, DE  19801

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
21303-009
4700 Bureau Road, S.
Terre Haute, IN  47802

Ms. Linda B. Lipe
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
P.O. Box 1229
Little Rock, AR  72203

Mr. John Michael Pellettieri
U.S. DEPARTMENT OF JUSTICE
Criminal Division, Appellate Section
Room 1264
950 Pennsylvania Avenue, N.W.
Washington, DC  20530

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201