**APPEARANCE**
## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

**NO.** _____14-2853_____

United States
_____

**vs.**

Daniel Lewis Lee
_____

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)**__United States_____

_____

s/__John M. Pellettieri_____

**ATTORNEY NAME**

U.S. Department of Justice
_____

**FIRM NAME**

950 Pennsylvania Ave., N.W., Rm. 1260
_____

**STREET or P.O. BOX**

Washington, D.C. 20530
_____

**CITY, STATE, ZIP**

(202) 307-3766
_____

**OFFICE  PHONE NUMBER**

_____

**FACSIMILE NUMBER**

john.pellettieri@usdoj.gov
_____

**E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

✓  I hereby certify that on __August 19, 2014___, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☐  I further certify that some of the participants in the case are not CM/ECF users.  I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

_____

_____.

s/  John M. Pellettieri
_____