**APPEARANCE**
## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

NO. _____14-2853_____

United States
_____

**vs.**

Daniel Lee
_____

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)** Daniel Lee
_____

_____

s/ Morris H Moon
_____
**ATTORNEY NAME**

Federal Public Defender, District of Maryland
_____
**FIRM NAME**

2109 Decatur Street
_____
**STREET or P.O. BOX**

Houston, Texas 77007
_____
**CITY, STATE, ZIP**

(713) 880-3556
_____
**OFFICE  PHONE NUMBER**

(301) 344-0019
_____
**FACSIMILE NUMBER**

Morris_Moon@fd.org
_____
**E-MAIL ADDRESS**

### CERTIFICATE OF SERVICE

✔ I hereby certify that on August 19, 2014 , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users.  I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

_____

_____ .

s/ Karl Schwartz
_____