# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No. 14-2853

**UNITED STATES OF AMERICA**, )

)      (Capital Case)

Plaintiff/Appellee, )

)

vs. )

)

**DANIEL LEWIS LEE**, )

)

Defendant/Appellant )

## METHOD OF APPENDIX PREPARATION NOTIFICATION

Counsel for the Appellant, Daniel Lee, respectfully notifies this Honorable Court that the parties have agreed to file Separate Appendices in this case. In accord with Eighth Circuit Rule 30A, Mr. Lee will file copies of the Separate Appendix when he files his opening brief.

Respectfully submitted,

/s/ Karl Schwarz
KARL SCHWARTZ
Bar # 38994 (PA)
Assistant Federal Public Defender
Delaware Federal Defender Office
800 King Street, Suite 200
Wilmington, DE 19801
(302) 442-6550
Karl_Schwartz@fd.org

/s/ Morris H. Moon
MORRIS H. MOON
Bar # 24032750 (TX)
Assistant Federal Public Defender
Federal Capital Habeas Project
Maryland Federal Defender Office
2109 Decatur Street
Houston, TX 77007
(713) 880-3556
Morris_Moon@fd.org

Counsel For Mr. Lee
Dated: August 21, 2014

1

Appellate Case: 14-2853    Page: 1    Date Filed: 08/21/2014 Entry ID: 4188219

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2014, a copy of this Notice was served via this Court's CM/ECF electronic case filing system upon:

JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1264
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov

/s/ Karl Schwartz
KARL SCHWARTZ

Dated: August 21, 2014

2