# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No. 14-2853

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | (Capital Case) |
| Plaintiff/Appellee, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **DANIEL LEWIS LEE**, | ) | |
| | ) | |
| Defendant/Appellant | ) | |

## <u>STATEMENT OF THE ISSUES</u>

Counsel for the Appellant, Daniel Lee, respectfully submits the following

statement of issues he intends to present in the above captioned appeal:

Whether Mr. Lee's Rule 60(b) motion was an improper successive habeas petition under 28 U.S.C. § 2255.

Respectfully submitted,

/s/ Karl Schwarz
KARL SCHWARTZ
Bar # 38994 (PA)
Assistant Federal Public Defender
Delaware Federal Defender Office
800 King Street, Suite 200
Wilmington, DE 19801
(302) 442-6550
Karl_Schwartz@fd.org

/s/ Morris H. Moon
MORRIS H. MOON
Bar # 24032750 (TX)
Assistant Federal Public Defender
Federal Capital Habeas Project
Maryland Federal Defender Office
2109 Decatur Street
Houston, TX 77007
(713) 880-3556
Morris_Moon@fd.org

Counsel For Mr. Lee
Dated: August 21, 2014

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2014, a copy of this Notice was served via this Court's CM/ECF electronic case filing system upon:

JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1264
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov

                                            /s/ Karl Schwartz
                                            KARL SCHWARTZ

Dated: August 21, 2014

2

Appellate Case: 14-2853    Page: 2    Date Filed: 08/21/2014 Entry ID: 4188221