# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

DANIEL LEWIS LEE,      )
     )
     Appellant,      )
     )
     vs.      )      Case No. 14-2853
     )
UNITED STATES OF AMERICA,      )
     )
     Appellee.      )

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Appellant Daniel Lee respectfully requests that the Court grant him an extension of sixty days within which to file his brief in this matter, so that the brief would be due on or before November 15, 2014. Counsel have conferred with opposing counsel who has no objection to this request.

1.  Death-sentenced prisoner Daniel Lee appeals the district court's decision finding his Rule 60(b) motion to be a successive pleading. Mr. Lee's opening brief is currently due September 16, 2014.

2.  The issues in this appeal are complex, legally as well as factually. The district court issued a decision—and ultimately granted a certificate of appealability—on the issues in this appeal only after numerous rounds of briefing and oral argument.

3.  Counsels' competing duties in other capital cases, coupled with the

Appellate Case: 14-2853    Page: 1    Date Filed: 09/10/2014 Entry ID: 4195253

complexity of the present case, reasonably justify an extension of the briefing deadline. Attorney Schwartz is the head of the Capital Habeas Unit for the Federal Defender in the District of Delaware where he carries a large, active caseload in addition to his administrative duties. Mr. Schwartz has major filings due on September 18, 2014 in the capital habeas matter of September 18, 2014 in the capital habeas matter of *Zebroski v. Coupe*, et al, 1:03-cv-00853-LPS (D.Del.) and October 3, 2014 in the habeas matter of *Cabrera v. Coupe*, 1:11-cv-119 –LPS (D.Del.) and is in the process of preparing for a state evidentiary hearing resulting from a federal district court order to exhaust state court remedies.

4.     Attorney Moon is a Senior Attorney with the Federal Capital Habeas Project, a program established in 2006 by the Judicial Conference of the United States Committee on Defender Services to assist the growing number of individuals under federal death sentence in capital § 2255 proceedings through consulting, direct representation, and recruitment of counsel. Mr. Moon was appointed to Mr. Lee's case in May of 2014 and has been diligently attempting to familiarize himself with the extensive record and legal files in the case. In addition to his direct representation functions as Resource Counsel in the federal death penalty system, Mr. Moon has particular deadlines in the next month given the end of the fiscal year and the spate of Supreme Court certiorari denials expected on the first Monday of October and the need to have capital post-conviction counsel in place.

Appellate Case: 14-2853     Page: 2     Date Filed: 09/10/2014 Entry ID: 4195253

5. Counsel assure the Court that the purpose of this motion is not to unnecessarily delay these proceedings, but instead, to ensure that the numerous and complex issues involved in this capital case are developed and briefed in a thorough and competent manner.

WHEREFORE, for all of these reasons, appellant respectfully moves that the Court grant the requested extension so that appellant's brief would be due on or before November 15, 2014.

Respectfully submitted,


/s/ Karl Schwartz
KARL SCHWARTZ
Bar # 38994 (PA)
Assistant Federal Public Defender
Delaware Federal Defender Office
800 King Street, Suite 200
Wilmington, DE 19801
(302) 442-6545
Karl_Schwartz@fd.org

/s/ Morris H. Moon
MORRIS H. MOON
Bar # 24032750 (TX)
Assistant Federal Public Defender
Federal Capital Habeas Project
Maryland Federal Defender Office
2109 Decatur Street
Houston, TX 77007
(713) 880-3556
Morris_Moon@fd.org

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2014, a copy of this Notice was served via this Court's CM/ECF electronic case filing system upon:

JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1264
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov

/s/ Karl Schwartz
KARL SCHWARTZ