# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| DANIEL LEWIS LEE, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| vs. | ) | Case No. 14-2853 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Appellant Daniel Lee respectfully requests that the Court grant him an extension of thirty (30) days within which to file his brief in this matter, so that the brief would be due on or before November 17, 2014.[1] Counsel have conferred with opposing counsel who has no objection to this request.

1. Death-sentenced prisoner Daniel Lee appeals the district court's decision finding his Rule 60(b) motion to be a successive pleading. Mr. Lee's opening brief was originally due September 16, 2014 and he was granted one extension. His brief is currently due Thursday, October 16, 2014.

2. Counsel have attempted to diligently pursue Mr. Lee's appeal in this case but counsel's competing duties in other capital cases require counsel to request an additional brief extension of time. Counsel do not seek this extension for delay but rather because the unexpectedly heavy litigation demands in other cases have prevented counsel from ensuring that the numerous and complex issues involved in this capital case are developed and briefed in a thorough and competent manner.

3. Attorney Moon is a Senior Attorney with the Federal Capital Habeas Project, a

---

[1] Thirty days from the current due date falls on a weekend and thus the next actual filing date would be Monday, November 17, 2014.

Appellate Case: 14-2853     Page: 1     Date Filed: 10/10/2014 Entry ID: 4205536

program established in 2006 by the Judicial Conference of the United States Committee on Defender Services to assist the growing number of individuals under federal death sentence in capital § 2255 proceedings through consulting, direct representation, and recruitment of counsel. In addition to his direct representation, Mr. Moon had numerous obligations in the past month in his role as Resource Counsel in the federal death penalty system, providing consulting assistance to lawyers in the 4th, 5th, and 7th Circuits. This assistance included substantial review of primary case documents and opinions, planning and strategizing pleadings, as well as revising and editing pleadings for filing deadlines on September 15, September 25, September 29, and October 9, 2014. In addition, Mr. Moon has been involved in researching and preparing a response to an unexpected request by the Department of Justice to comment on potential statutory changes and their implications for federal death row prisoners.

4. Attorney Schwartz is the head of the Capital Habeas Unit for the Federal Defender in the District of Delaware where he carries a large, active caseload in addition to his administrative duties. Mr. Schwartz has major pleadings due within the next 45 days in the following Delaware cases: *Taylor v. Coupe*, 1:11-cv-01251-GMS; *Ploof v. Coupe*, 1:13-cv-00294-LPS; *Zebroski v. Coupe* -1:03-cv-00853-LPS; *Swan v. Coupe*, 1:11-cv-00847-SLR.

WHEREFORE, for all of these reasons, appellant respectfully moves that the Court grant the unopposed requested extension so that appellant's brief would be due on or before November 17, 2014.

Respectfully submitted,

/s/ Karl Schwartz
KARL SCHWARTZ
Bar # 38994 (PA)
Assistant Federal Public Defender
Delaware Federal Defender Office
800 King Street, Suite 200
Wilmington, DE 19801
(302) 442-6545
Karl_Schwartz@fd.org

/s/ Morris H. Moon
MORRIS H. MOON
Bar # 24032750 (TX)
Assistant Federal Public Defender
Federal Capital Habeas Project
Maryland Federal Defender Office
2109 Decatur Street
Houston, TX 77007
(713) 880-3556
Morris_Moon@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2014, a copy of this Notice was served via this Court's CM/ECF electronic case filing system upon:

JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1264
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov

/s/ Morris H. Moon
MORRIS H. MOON