UNITED STATES COURT OF APPEALS

FOR THE EIGHTH CIRCUIT

UNITED STATES OF AMERICA,  )
                           )
        Appellee,          )
                           )    Case No. 14-2853
    v.                     )
                           )
DANIEL LEWIS LEE,          )
                           )
        Defendant/Appellant. )

**GOVERNMENT'S UNOPPOSED MOTION FOR AN EXTENSION
OF TIME WITHIN WHICH TO FILE ITS RESPONSE BRIEF**

Pursuant to Fed. R. App. P. 26(b), the United States, appellee in the above-captioned case, respectfully requests a 30-day extension of time, until January 20, 2015, to file its response brief. In support of this motion, the undersigned states as follows:

1.      The government's response is currently due for filing on December 18, 2014.  The government has not previously sought an extension of time to file its response.

2.      After a jury trial in the United States District Court for the Eastern District of Arkansas, defendant was convicted of committing three murders in aid or racketeering, in violation of 18 U.S.C. § 1959(a)(1), and of violating and conspiring to violate the Racketeer Influenced and Corrupt Organizations (RICO) statute, 18 U.S.C. §§ 1962(c) & (d).  The jury returned a verdict of death, and a death sentence was imposed.  This Court affirmed on

Appellate Case: 14-2853     Page: 1     Date Filed: 12/09/2014 Entry ID: 4224111

direct appeal, <u>United States v. Lee</u>, 374 F.3d 637 (8th Cir. 2004), cert. denied

545 U.S. 1141 (2005), and affirmed the district court's denial of Lee's motion

for collateral relief under 28 U.S.C. § 2255, <u>United States v. Lee</u>, 715 F.3d 215

(8th Cir. 2013), cert. denied 135 S. Ct. 72 (2014).

3. On September 27, 2013, Lee filed a motion in the district court

seeking relief from the judgment under Federal Rule of Civil Procedure 60(b).

The district court denied the motion after concluding that it qualified as a

second or successive motion for collateral relief under 28 U.S.C. § 2255.

<u>United States v. Lee</u>, No. 4:97-CR-00243-02-JLH, 2014 WL 1093197 (E.D.

Ark. Mar. 18, 2014). The district court granted a certificate of appealability on

August 1, 2014.

4. Lee's opening brief was initially due on September 16, 2014. Lee

received two 30-day extensions and filed his brief on November 18, 2014.

5. Since Lee filed his brief, I have been required to devote time to

other matters. Among other things, on December 11, 2014, I am presenting

oral argument in <u>United States v. Bentley</u>, No. 13-2995 (7th Cir.), and I have

been assigned to draft the government's response to the petition for certiorari

in <u>McGee v. United States</u>, No. 14-541 (Sup. Ct.), currently due to be filed on

December 15, 2014.

6. A 30-day extension of time is therefore required to allow the

government to prepare a brief that adequately addresses the arguments

-2-

presented by Lee.

7.    I have contacted Lee's counsel, and he does not oppose this extension request.

Wherefore, the United States respectfully requests that the Court grant this motion for an extension to January 20, 2015, to file the government's response brief.

Respectfully submitted,

 /s/John M. Pellettieri
JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1264
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov

Date: December 9, 2014

-3-

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system on December 9, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

 /s/John M. Pellettieri
JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1264
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov