# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 14-2853

**UNITED STATES OF AMERICA**,　)
　　　　　　　　　　　　　　　)　　(Capital Case)
　　　　Plaintiff/Appellee,　　)
　　　　　　　　　　　　　　　)
　　　　　　vs.　　　　　　　)
　　　　　　　　　　　　　　　)
**DANIEL LEWIS LEE**,　　　　)
　　　　　　　　　　　　　　　)
　　　　Defendant/Appellant　)

## Appellant's Unopposed Motion for Fourteen Day Extension to File a Reply

COMES NOW Appellant, Daniel Lewis Lee, by and through counsel, and moves this Court for a fourteen day extension of time, up to and including February 9, 2015, to file his reply brief to the Government's brief in response to Mr. Lee's opening brief, based on the following:

1.　　On September 27, 2013, Mr. Lee filed his motion pursuant to Federal Rule of Civil Procedure 60(b) in the district court. After briefing and oral argument, the district court denied the motion. *United States v. Lee*, No. 4:97-CR-00243-02-JLH, 2014 WL 1093197 (E.D. Ark. Mar. 18, 2014). The district court granted a certificate of appealability on August 1, 2014.

2.　　On November 18, 2014, Mr. Lee timely filed his opening brief in this Court, and on January 12, 2015, the Government timely filed its brief in response. Mr. Lee's reply brief is now due on January 26, 2015.

1

Appellate Case: 14-2853　　Page: 1　　Date Filed: 01/15/2015 Entry ID: 4234930

3.     Through the end of this month, undersigned counsel is required to devote considerable time to other matters. Among other things Mr. Schwartz, who is responsible for supervising the capital habeas unit at the Federal Defender Office in Delaware, has two filings due in a capital case in the District of Delaware, on January 21, 2015; and Mr. Moon will be traveling and conducting an out-of-state investigation in relation to another capital matter during the period leading up to and including the current due date. A fourteen day extension is therefore respectfully requested to allow them to adequately respond to the arguments raised in the Government's response.

4.     It is noted that in its response the Government raises new matters that were not adjudicated by the district court and that were therefore not raised in the opening brief. It is Mr. Lee's position that those matters are not implicated in the instant appeal; however, because the Government has raised them, Mr. Lee needs to address them and discuss why they are not germane to the certified issue. Mr. Lee respectfully suggests that this provides another basis for the short extension he has requested.

5.     The undersigned has contacted the Government's counsel, and he does not oppose this request.

2

Appellate Case: 14-2853     Page: 2     Date Filed: 01/15/2015 Entry ID: 4234930

WHEREFORE, Appellant respectfully requests that the Court grant him an additional fourteen days, up to and including February 9, 2015, to file his reply.

Respectfully submitted,

/s/Karl Schwartz
KARL SCHWARTZ
Bar # 38994 (PA)
Assistant Federal Public Defender
Delaware Federal Defender Office
800 King Street, Suite 200
Wilmington, DE 19801
(302) 442-6550
Karl_Schwartz@fd.org

/s/Morris Moon
MORRIS H. MOON
Bar # 24032750 (TX)
Assistant Federal Public Defender
Federal Capital Habeas Project
Maryland Federal Defender Office
2109 Decatur Street
Houston, TX 77007
(713) 880-3556
Morris_Moon@fd.org

Counsel For Mr. Lee
Dated: January 15, 2015

3

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of January, 2015, a copy of this Motion was served via this Court's CM/ECF electronic case filing system upon:

JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1264
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov

/s/ Karl Schwartz
KARL SCHWARTZ

Dated: January 15, 2015