**United States Court of Appeals**

*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329

**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 13, 2015

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

    RE:  14-2853  United States v. Daniel Lee

Dear Sirs:

    A published opinion was filed today in the above case.

    Counsel who presented argument on behalf of the appellant was George G. Kouros, AFPD, of Chicago, IL. The following attorney(s) appeared on the appellant brief;  Karl Schwartz, AFPD, of Wilmington, DE.,  Morris H. Moon, AFPD, of Houston, TX.,

    Counsel who presented argument on behalf of the appellee was John Michael Pellettieri, of Washington, DC.

    The judge who heard the case in the district court was Honorable J. Leon Holmes. The judgment of the district court was entered on April 16, 2014.

    If you have any questions concerning this case, please call this office.

        Michael E. Gans
        Clerk of Court

MDS

Enclosure(s)

cc:  Lois Law
    MO Lawyers Weekly

      District Court/Agency Case Number(s):  4:06-cv-01608-GTE