# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 13, 2015

Mr. George G. Kouros
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
55 E. Monroe Street
Suite 2800
Chicago, IL  60603

 RE:  14-2853  United States v. Daniel Lee

Dear Counsel:

 The court today issued an opinion in this case. Judgment in accordance with the opinion was also entered today. The opinion will be released to the public at 10:00 a.m. today. Please hold the opinion in confidence until that time.

 Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 45 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant, for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 45 day period for filing permitted by FRAP 40 may be denied as untimely.

     Michael E. Gans
     Clerk of Court

MDS

Enclosure(s)

cc: Mr. Daniel Lewis Lee
  Ms. Linda B. Lipe
  Mr. Jim McCormack
  Mr. Morris H. Moon
  Mr. John Michael Pellettieri
  Mr. Karl Schwartz

  District Court/Agency Case Number(s):  4:06-cv-01608-GTE