# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

## No. 14-2853

UNITED STATES OF AMERICA,    )
    )    **(Capital Case)**
    Appellee,    )
    )
    vs.    )
    )
DANIEL LEWIS LEE,    )
    )
    Appellant    )

## UNOPPOSED APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING

COMES NOW Appellant, Daniel Lewis Lee, by and through counsel, and respectfully moves this Court, pursuant to Local Rule 27A(a)(15), for a fourteen (14) day extension of time, up to and including September 10, 2015, in which to file his petition for rehearing. In support of this motion, Mr. Lee states as follows:

1.    Mr. Lee's petition for rehearing is currently due on August 27, 2015.

2.    This is Mr. Lee's first request for an extension of time to file a petition for rehearing.

3.    Undersigned counsel Kouros contacted the Government regarding this request and it has no opposition to an extension of fourteen (14) days, up to and including September 10, 2015.

1

Appellate Case: 14-2853    Page: 1    Date Filed: 08/12/2015 Entry ID: 4305125

4. While undersigned counsel have commenced working on the preparation of the petition for rehearing, counsel need additional and necessary time to adequately complete the task.

5. Undersigned counsel Moon and Kouros are traveling in August to conduct work in an unrelated capital case; undersigned counsel Schwartz's wife was involved in a serious automobile accident that has severely curtailed the time he must expend supervising the Delaware Capital Habeas Unit and the dozen cases he is managing, eleven of which are capital.

6. Appellant's request for extension of time related to the filing of the petition for rehearing is not for the purposes of delay.

Appellate Case: 14-2853     Page: 2     Date Filed: 08/12/2015 Entry ID: 4305125

WHEREFORE, Mr. Lee respectfully requests that the Court grant his request for a 14-day extension of time in which to file his petition for rehearing, up to and including September 10, 2015.

Respectfully submitted,

/s/Karl Schwartz
KARL SCHWARTZ
Bar # 38994 (PA)
Asst. Federal Public Defender
Delaware Federal Defender Office
800 King Street, Suite 200
Wilmington, DE 19801
(302) 442-6550
Karl_Schwartz@fd.org

/s/Morris H. Moon
MORRIS H. MOON
Bar # 24032750 (TX)
Asst. Federal Public Defender
Federal Capital Habeas Project
Maryland Federal Defender
 2109 Decatur Street
Houston, TX 77007
(713) 880-3556
Morris_Moon@fd.org

/s/George Kouros
GEORGE KOUROS
Bar #420813 (CT)
Asst. Federal Public Defender
Federal Capital Habeas Project
Maryland Federal Defender
55 E. Monroe Street, Suite 2800
Chicago, IL 60603
(301) 821-0855
George_Kouros@fd.org

Counsel For Mr. Lee
Dated: August 12, 2015

3

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August, 2015, a copy of this

Motion was served via this Court's CM/ECF electronic case filing system

upon:

JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1264
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov


/s/ Morris H. Moon
MORRIS H. MOON


Dated: August 12, 2015

Appellate Case: 14-2853    Page: 4    Date Filed: 08/12/2015 Entry ID: 4305125