# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

## No. 14-2853

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **(Capital Case)** |
| **Appellee,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **DANIEL LEWIS LEE,** | ) | |
| | ) | |
| **Appellant** | ) | |

## UNOPPOSED APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING

COMES NOW Appellant, Daniel Lewis Lee, by and through counsel, and respectfully moves this Court, pursuant to Local Rule 27A(c), for a thirty (30) day extension of time,[1] up to and including October 13, 2015, in which to file his petition for rehearing. In support of this motion, Mr. Lee states as follows:

1.      Mr. Lee's petition for rehearing is currently due on September 10, 2015.

2.      This is Mr. Lee's second request for an extension of time to file a petition for rehearing.

---

[1] A thirty (30) day extension would fall on Saturday, October 10th, with a federal holiday on the following Monday, October 12th.

1

Appellate Case: 14-2853     Page: 1     Date Filed: 09/04/2015 Entry ID: 4313864

3.     Undersigned counsel Kouros contacted the Government regarding this request and it has no opposition to an extension of thirty (30) days, up to and including October 13, 2015.

4.     While undersigned counsel have commenced working on the preparation of the petition for rehearing, counsel need additional and necessary time to adequately complete the task.

5.     Undersigned counsel Schwartz is the supervising attorney for eleven active capital cases currently handled by the Federal Defender Office for the District of Delaware, including lead attorney in five of those cases; two of the cases involve the federal death penalty, and have required Mr. Schwartz to conduct extensive recent (August and September) out-of-state investigation. Undersigned counsel Moon and Kouros have had to conduct additional travel since the last request for an extension of time, as well as take on unexpected work in unrelated federal capital cases as part of their duties as staff attorneys with the Federal Capital Habeas Project, a program created by the Office of Defender Services of the Administrative Office of the United States Courts to provide consultation and assistance to court-appointed post-conviction counsel in federal capital habeas cases pending in federal district and circuit courts around the country.

6.     Appellant's request for an extension of time related to the filing of the petition for rehearing is not for the purposes of delay; it is to ensure that Mr. Lee

Appellate Case: 14-2853     Page: 2     Date Filed: 09/04/2015 Entry ID: 4313864

receives adequate representation at this critical juncture in his case, and that the undersigned counsel present this Court with a well-developed, thoughtful argument that will aid its decision on whether to grant rehearing. By way of example, undersigned counsel recently learned that the Seventh Circuit Court of Appeals issued a case just last week that appears to conflict with this Court's holding in Mr. Lee's case, and the undersigned counsel must carefully analyze that decision, as well as conduct additional research, to ensure that all available bases for rehearing are properly pled to this Court in the pending petition.

Appellate Case: 14-2853    Page: 3    Date Filed: 09/04/2015 Entry ID: 4313864

WHEREFORE, Mr. Lee respectfully requests that the Court grant his request for a 30-day extension of time in which to file his petition for rehearing, up to and including October 13, 2015.

Respectfully submitted,

/s/Karl Schwartz
KARL SCHWARTZ
Bar # 38994 (PA)
Asst. Federal Public Defender
Delaware Federal Defender Office
800 King Street, Suite 200
Wilmington, DE 19801
(302) 442-6550
Karl_Schwartz@fd.org

/s/Morris H. Moon
MORRIS H. MOON
Bar # 24032750 (TX)
Asst. Federal Public Defender
Federal Capital Habeas Project
Maryland Federal Defender
 2109 Decatur Street
Houston, TX 77007
(713) 880-3556
Morris_Moon@fd.org

/s/George Kouros
GEORGE KOUROS
Bar #420813 (CT)
Asst. Federal Public Defender
Federal Capital Habeas Project
Maryland Federal Defender
55 E. Monroe Street, Suite 2800
Chicago, IL 60603
(301) 821-0855
George_Kouros@fd.org

Counsel For Mr. Lee
Dated: September 4, 2015

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of September, 2015, a copy of this

Motion was served via this Court's CM/ECF electronic case filing system

upon:

JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1264
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov


/s/ Morris H. Moon
MORRIS H. MOON


Dated: September 4, 2015

Appellate Case: 14-2853     Page: 5     Date Filed: 09/04/2015 Entry ID: 4313864