# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

## MEMORANDUM

**TO:**     All Counsel of Record

**FROM:**   Melissa E. Rudolph

**DATE:**   December 14, 2015

Re:        14-2853  United States v. Daniel Lee

On July 13, 2015, the Court issued an opinion in the referenced appeal. Please replace your opinion with the attached corrected opinion. The original opinion was corrected at page 2, section I, second paragraph, second sentence - added the words ", and to Dr. Ryan's report" after the words "Dr. Thomas Ryan."

cc:    All Circuit Judges
       St. Paul Clerk's Office
       West Publishing
       Missouri Lawyers Weekly

       District Court/Agency Case Number(s):   4:06-cv-01608-GTE