# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-2853

United States of America

Appellee

v.

Daniel Lewis Lee, also known as Daniel Lewis Graham, also known as Danny Lee, also known as D L Graham

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:06-cv-01608-GTE)

_____

## MANDATE

In accordance with the judgment of 07/13/2015 and the opinion of 12/14/2015, and

pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is

hereby issued in the above-styled matter.

December 23, 2015

Clerk, U.S. Court of Appeals, Eighth Circuit