# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT
## CLERK'S OFFICE

## RECORDS TRANSMITTAL SHEET

**DATE:**      January 25, 2016

RE:       14-2853  United States v. Daniel Lee

**TO:**      Jim McCormack

**FROM:**      James J. Foster

Enclosed are the following records for return to your office:

      Original file:                 Transcript:  83 vols.

      Deposition:                Sealed:

      Exhibits: 1 expandable folder

      Other:  1 expandable folder of sealed record

      [x]  Case closed                 [ ]  Counsel appointed

      [ ]  Per your request           [ ]  Return to this office

Enclosure(s)

      District Court/Agency Case Number(s):  4:06-cv-01608-GTE

JJF