# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 3, 2016

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102


Re: Daniel Lee
v. United States
Application No. 15A903
(Your No. 14-2853)


Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Alito, who on March 3, 2016, extended the time to and including April 13, 2016.

This letter has been sent to those designated on the attached notification list.


Sincerely,

Scott S. Harris, Clerk

by

*Michelle Marshall*
Michelle Marshall
Case Analyst


RECEIVED

MAR - 7 2016

U.S. COURT OF APPEALS

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Mr. Karl Schwartz
Federal Defender Office
800 North King Street, Suite 200
Wilmington, DE  19801


Mr. Donald B. Verrilli, Jr.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001


Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102