# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 15, 2016

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

     Re:  Daniel Lee
          v. United States
          No. 15-8942
          (Your No. 14-2853)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on April 13, 2016 and placed on the docket April 15, 2016 as No. 15-8942.

Sincerely,

**Scott S. Harris**, Clerk

by

Michelle Marshall
Case Analyst