**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

May 03, 2016

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

     RE:  14-2853  United States v. Daniel Lee

Dear Clerk:

     Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

          Michael E. Gans
          Clerk of Court

SRD

Enclosure(s)

     District Court/Agency Case Number(s):  4:06-cv-01608-GTE